[No. 44426-3-I.    Division One.    March 6, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAYNE
EDWARD MILES, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 99-2-01766-6, James H. Allendoerfer,
J., entered April 27, 1999. *Affirmed* by unpublished per
curiam opinion.

[No. 44438-7-I.    Division One.    March 6, 2000.]

MARTY L. JOHNSON, ET AL., *Appellants*, v. MAIL BOXES
ETC. USA, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-10379-7, Jay V. White, J., entered March
11, 1999. *Affirmed* by unpublished opinion per Appelwick,
J., concurred in by Coleman and Becker, JJ.

[No. 44629-1-I.    Division One.    March 6, 2000.]

DENNIS ELI FOISY, *Appellant*, v. STEPHEN L. CONROY, ET
AL., *Respondents*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 99-2-01766-6, James H. Allendoerfer,
J., entered April 27, 1999. *Affirmed* by unpublished per
curiam opinion. Now published at 101 Wn. App. 36.

[No. 44687-8-I.    Division One.    March 6, 2000.]

*In the Matter of the Marriage of* MATTHEW T. GORDON,
*Appellant*, and ROSE M. GORDON, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 98-3-08803-0, Michael Bugni, J. Pro Tem.,
entered April 28, 1999. *Affirmed* by unpublished per curiam
opinion.